SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543



October 7, 2002

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

FILED
HARRISBURG, PA

NOV 1 9 2002

MARY E. D'ANDREA, CLERK
per _____ Deputy Clerk

Re: Kenneth E. Young
v. John B. Hughs, et al.
No. 02-5082
(Your No. 00-4346)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk